**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

MALIBU MEDIA, LLC,

       Plaintiff,

v.                                  Civil Action No. 1:14-cv-00492-TSB-KLL

CHARLES BODLEY,

       Defendant.

**PLAINTIFF'S NOTICE OF SETTLEMENT**
**WITH DEFENDANT CHARLES BODLEY**

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, Charles Bodley, subscriber assigned IP address 24.33.69.241 ("Defendant").  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

    Dated:  December 23, 2014

                                          Respectfully submitted,

                                          By:    /s/ *Yousef M. Faroniya*
                                          Yousef M. Faroniya
                                          yousef@YMFincorporated.com
                                          YMF Inc.: The Law Office of Yousef M. Faroniya
                                          84 S. 4th Street
                                          Columbus, OH 43215
                                          Phone: 614-360-1855
                                          *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 23, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                              By:  /s/ *Yousef M. Faroniya*_____
                              Yousef M. Faroniya