## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

MALIBU MEDIA, LLC,

      Plaintiff,

Case No. 1:14-cv-00492-TSB-KLL

CHARLES BODLEY,

      Defendant.
_____/

### ORDER ON STIPULATION FOR DISMISSAL

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant Charles Bodley's claims against each other with prejudice, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant Charles Bodley's claims against each other are hereby dismissed with prejudice.

2. Each party shall bear its own attorneys' fees and costs.

3. This case is closed for administrative purposes.

SO ORDERED this ___ day of _____, 2014.

By: _____
**UNITED STATES DISTRICT JUDGE**